IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICAHEL GALLON, | No. 4:20-CV-01964 |
| Petitioner, | (Judge Brann) |
| v. | |
| WARDEN SAPULDING, | |
| Respondent. | |

## ORDER

### January 6, 2021

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. The petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 is **DISMISSED** for lack of jurisdiction;

2. The dismissal is without prejudice to Petitioner's right to seek authorization from the appropriate court of appeals to file a second or successive § 2255 motion in accordance with 28 U.S.C. §§ 2244 and 2255(h);

3. The Clerk of Court is directed to **NOTIFY** the Petitioner and **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge